UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL E. COOK,

        Plaintiff,                                  Case No. 22-11494

v.                                                 Honorable Nancy G. Edmunds

WARREN SCREW PRODUCTS, INC.,

        Defendant.

_____/

## JUDGMENT

This is an employment discrimination case filed by Plaintiff Paul E. Cook against his former employer, Warren Screw Products, Inc. (ECF No. 1.) In an order issued on July 7, 2022, the Court declined to exercise supplemental jurisdiction over Plaintiff's state law claims and dismissed those claims without prejudice. (ECF No. 3.) In an opinion and order entered this date, the Court granted Defendant's motion for summary judgment and dismissed Plaintiff's federal claims with prejudice. Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED, and this case is CLOSED.

        SO ORDERED.

                                                 s/Nancy G. Edmunds
                                                 Nancy G. Edmunds
                                                 United States District Judge

Dated: February 5, 2024

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 5, 2024, by electronic and/or ordinary mail.

                                                 s/Lisa Bartlett
                                                 Case Manager